# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Corey Sipkin Photography LLC, | Case No. 2:24-cv-00802-JLS-BFM |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| Highsman Inc., | |
| Defendant. | |

**IT IS HEREBY ORDERED** that judgment shall be entered on Plaintiff's Complaint against Defendant in the total amount of $12,970.20. This calculation includes:

- Statutory damages in the amount of $11,670 for Plaintiff's claim of infringement pursuant to the Copyright Act, with respect to the Photograph identified in the Complaint; and
- Attorneys' Fees: $1,300.20

IT IS SO ORDERED.

Dated: September 6, 2024

**JOSEPHINE L. STATON**
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE